1  Rebecca C. Padilla (CSBN: 248605)
   **POTTER, COHEN & SAMULON**
2  3852 E. Colorado Blvd.
3  Pasadena, CA 91107
   Telephone: (626) 795-0681
4  Facsimile:  (626) 795-0725
5  E-mail: rpadilla@pottercohenlaw.com

6  Attorney for Plaintiff

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9  **WESTERN DIVISION**

10

| | |
|---|---|
| SONYA ANGEL RICHARDSON, ) | Case No.: CV 12-8085 FFM |
| Plaintiff,  ) | **{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| vs.  ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, ) | |
| Defendant  ) | |

   Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

   **IT IS ORDERED** that fees and expenses in the amount of $5,000.00, as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the above-referenced Stipulation.

   DATE:   February 4, 2015

                    /S/ FREDERICK F. MUMM
                    THE HONORABLE FREDERICK F. MUMM
                    UNITED STATES MAGISTRATE JUDGE

-1-